**Randy L. THORNTON, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 11–6069.

United States Court of Appeals, Fourth Circuit.

Submitted: May 16, 2011.

Decided: May 25, 2011.

Randy L. Thornton, Appellant Pro Se.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy L. Thornton, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition and has moved for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we deny Thornton's motion for appointment of counsel and affirm for the reasons stated by the district court. *See Thornton v. United States*, No. 5:10–hc–02023–D (E.D.N.C. Jan. 6, 2011). We dispense with oral argument because the facts and legal contentions are ade-quately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*